AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Fakhria Zahir and Shabnam Zahir <br><br> *Plaintiff(s)* <br> v. <br> Richard Zahir a/k/a Rishad Zahir <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:25-cv-782 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Richard Zahir

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ethan Jacobs
Ethan Jacobs Law Corporation
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 275-0845
ethan@ejacobslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

ETHAN JACOBS (SBN 291838)
Ethan Jacobs Law Corporation
ethan@ejacobslaw.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

Attorneys for Plaintiffs
Fakhria Zahir and Shabnam Zahir

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAKHRIA ZAHIR and SHABNAM ZAHIR,<br><br>  Plaintiffs,<br><br>v.<br><br>RICHARD ZAHIR a/k/a RISHAD ZAHIR,<br><br>  Defendant. | Case No.: 2:25-cv-782<br><br>**COMPLAINT FOR DECLARATION OF CO-OWNERSHIP UNDER THE COPYRIGHT ACT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs Fakhria Younossi Zahir ("Fakhria") and Shabnam Ahmad Zahir ("Shabnam") assert the claims below against Defendant Richard Zahir a/k/a Rishad Zahir ("Richard").

**INTRODUCTION**

1. Ahmad Zahir ("Zahir") was a prolific Afghan musician and performer who passed away in 1979, leaving behind a catalog of musical compositions and sound recordings (the "Zahir Catalog"). Zahir died without a

1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-782

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: