FILED
CLERK, U.S. DISTRICT COURT
12/19/25
CENTRAL DISTRICT OF CALIFORNIA
BY       CS       DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

SHABNAM ZAHIR
2301 BEECHWOOD DR
(703) 822-3686
SHABNAMAHMADZAHIR@GMAIL.COM
PRO SE

FAKHRIA ZAHIR
307 YOAKUM PARKWAY #1607
ALEXANDRIA, VA 223 04
(703) 399-6190
SHABNAMAHMADZAHIR@GMAIL.COM
PRO SE

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAKHRIA ZAHIR AND SHABNAM ZAHIR,<br>　　PLAINTIFFS,<br><br>VS.<br><br>RICHARD ZAHIR A/K/A RISHAD ZAHIR,<br>　　DEFENDANT. | CASE NO.: 2:25-cv-00782-JFW-AS<br>Magistrate Judge Alka Sagar<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY PURSUANT TO F.R.C.P**<br><br>Hearing Date: Thursday, January 22, 2026<br>Time: 10:00 A.M.<br>Courtroom: 540, 5th Floor (Edward R. Roybal Federal Building)<br>Discovery Cutoff: February 9, 2026<br>Pretrial-Conference: April 24, 2026<br>Trial: May 12, 2026 |

JOINT STIPULATION REGARDING DISCOVERY ISSUES RELATING TO DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION, INTERROGATORIES, AND REQUESTS FOR PRODUCTION

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
**PLEASE TAKE NOTICE** that on January 22, 2026 at 10:00 a.m. or as soon thereafter as this matter may be heard, in the courtroom of the Honorable Magistrate Judge Alka Sagar from the United States Magistrate Judges for the Central District of California, located at the 55 E Temple St, Los Angeles, CA 90012, Courtroom 540, 5TH FLOOR (Edward R. Roybal Federal Building), Plaintiffs Fakhria Zahir and Shabnam Zahir ("Plaintiffs") will and hereby do move the Court for an order compelling Defendant Richard Zahir ("Defendant") to provide full and complete responses to Plaintiffs' discovery requests, including Requests for Production, Interrogatories, and Requests for Admission.
This Motion is brought pursuant to Federal Rules of Civil Procedure 26(b)(1), 33, 34, 36, and 37(a) on the grounds that:

1. Defendant has failed and refused to provide full and complete responses to Plaintiffs' properly served discovery requests;
2. Defendant has asserted boilerplate, unsupported objections that improperly withhold relevant and proportional discovery;
3. The requested discovery goes directly to Defendant's asserted ownership, control, monetization, and standing-related defenses; and
4. Defendant's refusal to produce discovery unfairly prejudices Plaintiffs' ability to prosecute their claims and oppose Defendant's pending motion to dismiss.

Plaintiffs seek an order compelling Defendant to serve full and complete responses, without objection, and to produce all responsive documents.
This Motion is based on this Notice of Motion, the Joint Stipulation Re Plaintiffs' Motion to Compel Discovery, the accompanying declarations and exhibits, all pleadings and papers on file in this action, and such further argument or evidence as may be presented at or before the hearing.

1  This Motion is made following the parties' meet-and-confer efforts conducted pursuant to Local Rules 7-3 and 37-1. Plaintiffs satisfied the meet-and-confer requirements through multiple written and oral conferences with Defendant on June 23, August 7, and August 29, 2025, and again on November 6, November 13, and November 20, 2025.

DATED: December 19, 2025

By: /s/ Shabnam Zahir
SHABNAM ZAHIR
Pro Se

2301 Beechwood Dr
Waxhaw, NC 28173
Telephone: (703) 822-3686
Email: Shabnamahmadzahir@gmail.com

DATED: December 19, 2025

By: /s/ Fakhria Zahir
FAKHRIA ZAHIR
Pro Se

307 Yoakum Parkway #1607
Alexandria, VA 22304
Telephone: (703) 399-6190
Email: Shabnamahmadzahir@gmail.com

JOINT STIPULATION REGARDING DISCOVERY ISSUES RELATING TO DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION, INTERROGATORIES, AND REQUESTS FOR PRODUCTION