SERGIY M. SIVOCHEK (SBN 270667)
Sivochek IP Law Center
12450 Magnolia Blvd # 4071
Valley Village, CA 91607
Telephone: (323) 201-2701
Email: sivochek@sivochek.com

MICHAEL MCCOLLUM (SBN 235447)
Lead Trial Counsel
McCollum Counsel, Inc.
1500 W. Alhambra Rd,
Alhambra, CA 91801-2009
Telephone: (213) 534-6070
Email: michael@mccollumcounsel.com

*Attorneys for Counterclaimant*
*RICHARD ZAHIR*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ZAHIR a/k/a RISHAD ZAHIR<br><br>Counterclaimant,<br><br>v.<br><br>FAKHRIA ZAHIR and SHABNAM ZAHIR,<br><br>Counterdefendants. | Case No.: 2:25-cv-782-JFW-AS<br>Honorable John F. Walter<br><br>**JOINT STATUS REPORT REGARDING PARALLEL STATE COURT ACTION** |

## JOINT STATUS REPORT REGARDING PARALLEL STATE COURT ACTION

Pursuant to the Court's Order of June 11, 2026 granting Counterdefendants' Motion to Stay Proceedings Pending Resolution of Parallel State Court Action (ECF No. 127), the parties submit this joint status report.

The Court's order directs the parties to file a joint status report within fourteen days of any substantive ruling in the Virginia Action concerning Counterclaimant's Plea in Bar, and every 120 days thereafter. The Virginia court ruled on October 5, 2026, as described in Section I below. Because that ruling did not reach the merits of the Plea in Bar, the parties submit this report out of an abundance of caution.

## I. PROCEDURAL HISTORY IN THE STATE COURT

1. On June 29, 2026, the Circuit Court for the City of Alexandria, Virginia, sustained a plea in bar in Zahir v. Zahir, Case No. CL26000795, finding that the action was not ripe for adjudication insofar as there were predicate matters that must be decided by an appropriate tribunal. The dismissal was without prejudice, and the court granted leave to amend.

2. On July 29, 2026, Counterdefendants filed a First Amended Petition to Open Formal Intestate Administration in that action.

3. On August 21, 2026, Counterclaimant filed a Combined Motion to Strike and Plea in Bar, supported by a memorandum filed September 20, 2026. Counterdefendants filed an opposition on September 28, 2026.

4. On October 5, 2026, the state court heard argument on Counterclaimant's Motion to Strike and Plea in Bar. The court granted the Motion to Strike on the ground that the relief sought could not be requested within the existing declaratory judgment action and must be filed separately through the Clerk's office. The court expressly declined to rule on the Plea in Bar, stating that it could not do so in the posture in which the matter

was brought. Counterclaimant's counsel asked that the strike be entered with prejudice; the court declined.

5. The court stated that Counterdefendants may file a separate petition to open probate through the Clerk's office. Consistent with that ruling, Counterdefendants are preparing that petition for filing in the Probate Division of the same court and will file promptly.

## II. COUNTERDEFENDANTS' STATEMENT

6. No ruling has been made on the parties' respective ownership interests in the Zahir Catalog. The October 5, 2026 order resolved the form of the filing only. The ownership determinations on which this action depends must be made after an estate is opened and heirship is determined.

7. Counterdefendants respectfully submit that the stay should remain in place pending the state court's resolution of the forthcoming probate proceedings. Lifting the stay now would reintroduce the risk of duplicative litigation and inconsistent rulings that the Court identified in its June 11, 2026 order.

## III. COUNTERCLAIMANT'S STATEMENT

8. Counterclaimant has nothing further to add at this time, except as follows. The state-court proceeding on which the stay was premised — the declaratory judgment action, Case No. CL-26000795 — was dismissed as not ripe, the petition to open intestate administration filed within it was stricken, and no estate has been opened. Counterclaimant does not, by this report, waive or concede any position set forth in his Opposition (Dkt. 107). Counterclaimant expressly reserves the right to move to lift the stay and resume this action for the limited purpose of the Court's adjudication of Counterclaimant's claims — which do not require this Court to determine heirship or administer any estate — in the event that a probate proceeding capable of resolving the ownership issues is not opened and diligently prosecuted within a reasonable time.

## IV. PROPOSED NEXT STEPS

9. The parties will submit a further joint status report within fourteen (14) days of any substantive ruling by the Probate Division or the Circuit Court on Counterdefendants' petition, or within one hundred twenty (120) days of the date of this report, whichever is earlier.

Respectfully submitted,

DATED: October 15, 2026

By: /s/ *Shabnam Ahmad Zahir*
Shabnam Ahmad Zahir
2301 Beechwood Drive
Waxhaw, NC 28173
*Counterdefendant, pro se*

DATED: October 15, 2026

By: /s/ *Fakhria Zahir*
Fakhria Zahir
307 Yoakum Parkway #1607
Alexandria, VA 22304
*Counterdefendant, pro se*

DATED: October 15, 2026

By: /s/ *Sergiy M. Sivochek*
SERGIY M. SIVOCHEK

Sivochek IP Law Center
12450 Magnolia Blvd # 4071
Valley Village, CA 91607
Telephone: (323) 201-2701
Email: sivochek@sivochek.com

DATED: October 15, 2026

By: /s/ *Michael McCollum*
MICHAEL MCCOLLUM
McCollum Counsel, Inc.
1500 W Alhambra Rd,
Alhambra, CA 91801-2009

Telephone: (213) 534-6070
Email: michael@mccollumcounsel.com

*Attorneys for Counterclaimant Richard Zahir*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: October 15, 2026

By: */s/ Michael McCollum*
Michael McCollum, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2026, I electronically filed the **JOINT STATUS REPORT REGARDING PARALLEL STATE COURT ACTION** and that it is available for viewing and downloading from the Courts CM/ECF filing system, and that service will be accomplished through the CM/ECF system to all counsel of record and pro se Counterdefendants who are registered CM/ECF users.

Additionally, a copy was sent via email to the following parties:

Sergiy M. Sivochek, Esq.
Sivochek IP Law Center
12450 Magnolia Blvd # 4071
Valley Village, CA 91607
Telephone: (323) 201-2701
Email: sivochek@sivochek.com

*Attorneys for Counterclaimant Richard Zahir*

Shabnam Zahir
2301 Beechwood Dr.
Waxhaw, NC 28173
Telephone: (703) 822-3686
Email: shabnamahmadzahir@gmail.com

Fakhria Zahir
307 Yoakum Parkway #1607
Alexandria, VA 22304
Telephone: (703) 399-6190
Email: shabnamahmadzahir@gmail.com

*Counterdefendants, pro se*

///

///

///

Dated: October 15, 2026

By: /s/ *Neslly Herrera*
NESLLY HERRERA
McCollum Counsel
1500 W. Alhambra Rd.
Alhambra, CA 91801-2009
Telephone: (213) 534-6070
Email: neslly@mccollumcounsel.com